**J. C. JOHNSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27126.**

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

**PER CURIAM.**

Robbery is the offense, with punishment assessed at twenty years in the penitentiary.

No statement of facts or bills of exception appear in the record. Nothing is presented for consideration.

The judgment of the trial court is affirmed.